In the Matter of the Claim of BENJAMIN W. PARKER, Respondent, against UNITED STATES RUBBER RECLAIMING Co., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted April 6, 1953; decided April 16, 1953.

Motion for reargument of motion for leave to appeal denied, with $10 costs. [See 305 N. Y. 563.]